OPINION — AG — **** CITY — COUNTY LIBRARY COMMISSION — EX OFFICIO MEMBER **** UNDER 65 O.S. 1961 154 [65-154], 155, THE MAYOR AND THE CHAIRMAN OF THE BOARD OF COUNTY COMMISSIONERS MAY NOT DELEGATE TO ANY APPOINTEE OR AGENT OF THE POWER OR AUTHORITY VESTED IN THE SAID PUBLIC OFFICERS TO SERVE AS EX OFFICIO MEMBERS OF THE CITY-COUNTY LIBRARY COMMISSION. CITE: 65 O.S. 1961 154-155 [65-154] — [65-155] (J. DELL GORDON)